1

2

3

4

5

6

7

8       **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11      JOHNNY JEAN,                              No.  2:22-CV-0951-DMC-P

12                      Petitioner,
                                                  ORDER
13              v.

14      WARDEN,

15                      Respondent.

16

17              Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of

18      habeas corpus under 28 U.S.C. § 2241.  Petitioner was convicted in the United States District

19      Court for the Southern District of Florida. Petitioner is incarcerated in the Atwater U.S.

20      Penitentiary in Atwater, California. Atwater is located in Merced County. Merced County is part

21      of the Fresno Division of the United States District Court for the Eastern District of California.

22      See Local Rule 120(d). Because petitioner was not convicted in this district and is not presently

23      confined in the Sacramento Division of this district, this Court does not have jurisdiction to

24      entertain the application.

25      / / /

26      / / /

27      / / /

28      / / /

                                                    1

1     Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

2   proper division of a court may, on the Court's own motion, be transferred to the proper division

3   of the court. Therefore, this action is transferred to the Fresno Division of the court.

4     IT IS SO ORDERED.

5

6   Dated:  August 18, 2022

7   _____
    DENNIS M. COTA

8   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28